C. H. JONES & BRO., APPELLANTS, VS. SAMUEL W. FOX, AS-
SIGNEE, APPELLEE.

A petition purporting to be a petition for rehearing, but which is in
substance a reargument of the case, will not be considered by
this court, or be made a part of the record in the case.

Appeal from the Circuit Court for Duval County.

Upon petition for a rehearing.

A. W. Cockrell & Son for the petitioner, the Appellee.

THE CHIEF-JUSTICE delivered the opinion of the court :

We have in this case a petition that purports to be a
petition for rehearing. On reading it we find it to be not
what its name implies, but in substance a reargument, with
citation of authorities. The practice of this court, as set-
tled by Smith et al., vs. Crôom et al., 7 Fla , 180, and First
National Bank of Jacksonville vs. Ashmead, et ux., de-
cided at this term, forbids the consideration of such a peti-
tion. Counsel must confine themselves, in framing a peti-
tion for rehearing, to the. matters which the rule prescribes
for grounds of application, viz: a concise statement of the
particular omission or cause for which the judgment is
supposed to be erroneous. More than this is not per-
mitted.

The court refusing to consider this petition, an order will
be entered accordingly, the petition, in the language of the
rule, " not (to become) a part of the record " in the cause.